No. 157.   BURT *v.* PITTSBURGH ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States ex rel. T. V. A.* v. *Welch,* 327 U. S. 546. *James A. Danahey* for appellant. *Anne X. Alpern, Arthur B. Van Buskirk, Timothy N. Pfeiffer, Charles E. Kenworthey* and *Ralph H. Demmler* for appellees.

No. 254.   NORFOLK SOUTHERN BUS CORP. *v.* UNITED STATES ET AL.

*Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *S. Burnell Bragg* and *James G. Martin* for appellant. *Acting Solicitor General Raum* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission; and *I. M. Bailey* for the Virginia Dare Transportation Co., appellees.